UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRIAN SCOTT HILL,

    Plaintiff,

v.

KIRK BUSSELL, et al.,

    Defendants.

_____/

Case No. 1:16-cv-446

HONORABLE PAUL L. MALONEY

## ORDER

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Defendants Bussell, McQuery, Miller, Niemiec, and Williams filed a motion for summary judgment. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on January 18, 2018, recommending that this Court dismiss Plaintiff's claims based on the rejection of books that were not from approved vendors and deny Defendants' motion. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 34) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's claims based on the rejection of books that were not from approved vendors is DISMISSED WITH PREJUDICE.

**IT IS FURTHER ORDERED** that Defendants' motion for summary judgment (ECF No. 30) is DENIED.

Dated: February 22, 2018

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge