UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRIAN SCOTT HILL,

    Plaintiff,

v.

KIRK BUSSELL, et al.,

    Defendants,
_____/

Case No. 1:16-cv-446

HONORABLE PAUL L. MALONEY

## **JUDGMENT**

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT** is hereby entered.

Date: June 12, 2018

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge